UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY NISSOU-RABBAN, an individual,<br><br>              Plaintiff,<br>v.<br>CAPITAL ONE BANK (USA), N.A., NORDSTROM, INC. and EQUIFAX INFORMATION SERVICES LLC.,<br><br>              Defendants. | Civil No. 15cv1673 JAH(RBB)<br><br>**ORDER DENYING DEFENDANT CAPITAL ONE BANK (USA), N.A.'S MOTION TO DISMISS AS MOOT [DOC. # 15]** |

   Plaintiff having filed an amended complaint, this Court finds defendant Capital One Bank (USA), N.A.'s motion to dismiss plaintiff's original complaint moot. Accordingly, IT IS HEREBY ORDERED that:

   1.   Defendant's motion to dismiss [doc. # 15] is **DENIED as moot**; and

   2.   The date of January 11, 2016 set for hearing the motion is VACATED.

Dated:     November 2, 2015

_____
JOHN A. HOUSTON
United States District Judge